

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2024
```

**Law Department**
Iván A. Méndez, Jr.
Associate Counsel
Tel:  (212) 460-4835
Cel:  (929) 618-2082

Consolidated Edison Company
of New York, Inc.
4 Irving Place
New York, NY
mendezi@coned.com

March 19, 2024

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    <u>Lynda Legrand v. Consolidated Edison Company of New York, Inc.</u>,
               Docket No. 24 Civ. 429 (AT)

Dear Judge Torres:

      I am an Associate Counsel in Consolidated Edison Company of New York's ("Con Edison") Law Department and have been assigned to represent Con Edison in the above-referenced action. Defendant writes, in accordance with Rule I.C. of Your Honor's Individual Practices, to respectfully request that its time to respond to the complaint be extended from March 25 to May 3, 2024. This is Con Edison's first such request, and counsel for Plaintiff consents. The undersigned counsel is new to Con Edison and has just been assigned this matter. The additional time will allow the undersigned to familiarize himself with and investigate the Plaintiff's allegations, obtain necessary documents, interview relevant witnesses, and prepare a response to the Complaint, which is 51 pages, and contains 255 paragraphs.

      Defendant similarly requests that the parties' deadline to submit a proposed Case Management Plan and Scheduling Order be extended from March 25 to May 3, 2024, for substantially the same reasons set forth above. Plaintiff similarly consents to this request.

      We thank the Court for its consideration of these requests.

GRANTED.

SO ORDERED.

Dated: March 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge