UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA LEGRAND,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2024
```

24 Civ. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 1, 2024, the Court granted the parties' request to extend their deadline to submit a joint letter and proposed case management plan to May 10, 2024. ECF No. 14. Those submissions are now overdue.

    Accordingly, by **May 24, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 14, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge