```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LYNDA LEGRAND,

                              Plaintiff,

              -against-                              24 Civ. 429 (AT)

CONSOLIDATED EDISON COMPANY                          ORDER
OF NEW YORK, INC.,

                              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2024

ANALISA TORRES, District Judge:

On May 15, 2024, the parties filed their proposed case management plan. ECF No. 17-1. The Court finds the proposed plan deficient in two regards:

(1) The parties propose a fact discovery period greater than 120 days.

(2) The parties do not provide a date certain for the close of expert discovery, instead proposing that expert discovery shall be completed ninety days following the Court's ruling on summary judgment motions.

Absent unique complexities or other exceptional circumstances, fact discovery shall not exceed 120 days and expert discovery shall not exceed forty-five days. As the parties' letter does not address any issues that would merit extended fact and expert discovery, by **May 31, 2024**, the parties shall submit a revised case management plan.

SO ORDERED.

Dated: May 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge