# G O D D A R D   L A W

39 Broadway, Suite 1540 | New York, NY

Office. 646.964.1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/18/2024___

July 17, 2024

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

> **Re:   Lynda Legrand v. Consolidated Edison Company of New York, Inc.**
> **Case No.: 1:24-cv-00429-AT**

Dear Honorable Judge Torres:

The undersigned represents Plaintiff Lynda Legrand ("Plaintiff") in the above-referenced matter. We write jointly with Defendant's Counsel to request a brief stay of the discovery deadlines, including the deadline for the parties to serve requests to admit, which is currently August 1, 2024, the deadline for depositions, currently set for September 13, 2024, and the fact discovery deadline, currently set for September 25, 2024. This matter was referred to mediation by this Court on May 20, 2024 [Dkt. No. 19], the parties are scheduled to attend mediation on October 9, 2024. Accordingly, the parties would like to concentrate their efforts and their resources in the potential resolution of this matter.

Despite the request for a stay, the parties have participated in pre-mediation discovery and have exchanged documents pursuant to the Second Amended Standing Administrative Order [Dkt. No. 19]. The parties have also exchanged discovery demands.

This is the parties' first joint request for a stay of the discovery deadlines.

We thank the Court for its time and attention to this matter and its consideration of this request.

GRANTED.  The parties' upcoming discovery deadlines shall be STAYED.  By **October 15, 2024**, the parties shall file a status update indicating whether a resolution was reached via mediation.  If the parties have not reached a resolution of this matter, by **October 15, 2024**, they shall also file their joint proposed revised case management plan.

SO ORDERED.

Dated: July 18, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge