```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/10/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA LEGRAND,

      Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

      Defendant.

24 Civ. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  Discovery deadlines have been stayed in this matter pending mediation. ECF No. 23. The parties are to file a joint status update and proposed revised case management plan by October 15, 2024. *Id.* Accordingly, the case management conference scheduled for October 15, 2024, is ADJOURNED *sine die*.

  SO ORDERED.

Dated: October 10, 2024
   New York, New York

                   _____
                     ANALISA TORRES
                  United States District Judge