USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2024

# GODDARD LAW P

39 Broadway, Suite 1540 | New York, NY
Office. 646.964.1178
Fax. 212.473.8705
Megan@goddardlawnyc.com
WWW.GODDARDLAWNYC.COM

December 16, 2024

**VIA ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: **Lynda Legrand v. Consolidated Edison Company of New York, Inc.**
**Case No.: 1:24-cv-00429-AT**

Dear Honorable Judge Torres:

The undersigned represents Plaintiff Lynda Legrand ("Plaintiff") in the above-referenced matter. We write jointly with Defendant's Counsel, to provide the parties' joint status letter regarding mediation.

This matter was referred to mediation by this Court on May 20, 2024 [Dkt. No. 19]. The parties participated in a mediation session on October 9, 2024. During the mediation, certain questions arose that required further clarification before the parties could proceed. Defendant provided the additional information on December 13, 2024, and Plaintiff responded on December 16, 2024. The parties intend to continue engaging in settlement negotiations and schedule a second mediation session in January to attempt to resolve this matter. Therefore, we respectfully request that the stay of the discovery deadlines be extended by sixty [60] days to allow the parties time to participate in a second mediation session as they continue to address the outstanding issues and that the deadline to submit a joint proposed revised case management plan be extended accordingly.

We will continue to keep the Court informed of any significant developments.

We thank the Court for its time and attention to this matter and its consideration of this request.

GRANTED. By **February 17, 2025**, the parties shall file a joint status update. If the parties have not resolved this matter through mediation, they shall jointly file a proposed revised case management plan by the same date.

SO ORDERED.

Dated: December 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge