UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDA LEGRAND,

                Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/6/2025
```

24 Civ. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the ongoing efforts of the parties to resolve this matter through mediation, the deadline to file a joint status update on mediation or revised proposed case management plan, *see* ECF No. 28, is ADJOURNED to a date two weeks from the conclusion of mediation in this matter.

    SO ORDERED.

Dated: February 6, 2025
       New York, New York

                                    ANALISA TORRES
                              United States District Judge