```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
LYNDA LEGRAND,

       Plaintiff,

  -against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2025

24 Civ. 429 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  By June 30, 2025, the parties were to "confer and file a joint letter on settlement prospects, including whether the parties seek a referral to the Hon. Ona T. Wang for a settlement conference or intend to retain a private mediator." ECF No. 33 ¶ 14. That submission is now overdue. Accordingly, by **July 15, 2025**, the parties shall confer and file their joint letter.

  SO ORDERED.

Dated: July 1, 2025
   New York, New York

*[signature]*
ANALISA TORRES
United States District Judge